STATE OF NEW JERSEY v. DAVID J. HARVEY.

December 12, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. LEROY ADAMS.

December 12, 1972. Petition for certification denied.

EDAL INDUSTRIES, INC. v.
STANDARD ELECTRONICS CORP.

DEEZEE, INC. v.
FRANK A. PELLICCHIA, STATUTORY RECEIVER.

December 12, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD EARL GRODSKY.

December 12, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. ISRAEL DANZIGER

STATE OF NEW JERSEY v. MORRIS SCHWARTZ.

December 12, 1972. Petition for certification denied. (See 121 *N. J. Super.* 44)